## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PHOSPHATE CHEMICALS EXPORT ASSOCIATION, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>LAGINHA AGRO INDUSTRIAL S/A, a Brazilian sociedade anonima (*i.e.*, corporation), and JL COMERCIAL AGROQUIMICA LTDA., a Brazilian limitada (*i.e.*, limited liability company),<br><br>    Defendants. | Case No. 08 cv 3031<br><br>Hon. Joan H. Lefkow<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

TO:   *Ex Parte* Motion

PLEASE TAKE NOTICE THAT ON Thursday, July 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Phosphate Chemicals Export Association, Inc. shall appear before the Honorable Joan H. Lefkow in Room 1925 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff Phosphate Chemicals Export Association, Inc.'s *Ex Parte* Motion to Issue Letters Rogatory**.

2

Dated June 25, 2008                                   Respectfully submitted,

                                                      PHOSPHATE CHEMICALS EXPORT
                                                      ASSOCIATION, INC.


                                                      /s/ Daniel M. Cordis_____


Martin J. Bishop (IL Bar No. 06269425)
Daniel M. Cordis (IL Bar No. 6285963)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
312.832.4500 (t)
312.832.4700 (f)

2