UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Phosphate Chemicals Export Association, Inc.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−03031
                                        Honorable Joan H. Lefkow

Laginha Agro Industrial S/A, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

   MINUTE entry before the Honorable Joan H. Lefkow: Hearing on motion held on 7/8/2008. Plaintiff's motion to issue letters rogatory [8] is granted. The clerk is directed to issue letters rogatory and accompanying order. Mailed notice by judge#039;s staff. (srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.